IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TIFFANY COOK,<br><br>Defendant. | CRIMINAL FILE NO.<br>4:18-CR-24-TWT |

### ORDER

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 19]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 19] is DENIED.

SO ORDERED, this 12 day of April, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\18\418cr24\r&r.docx